PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Srinivasu Viluchi  
Cr.: 08-00555-001  
PACTS Number: 52390

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 11/14/08

Original Offense: False Statements to the United States Government in violation of Title 18 § U.S.C. 1001.F

Original Sentence: 36 months

Type of Supervision: Probation            Date Supervision Commenced: 11/14/08

### PETITIONING THE COURT

[ ]  To extend the term of supervision for      Years, for a total term of      Years.  
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the sentence date and to timely file all future returns that come due during the period of probation. The defendant is to properly report all correct taxable income and claim only allowable expenses on those returns. The defendant is to provide all appropriate documentation in support of said returns. Upon request, the defendant is to furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and the defendant is to fully cooperate by paying all taxes, interest and penalties due, and otherwise comply with the tax laws of the United States.

### CAUSE

At sentencing on November 14, 2008, Your Honor ordered that the offender pay restitution in the amount of $78,055.14 to the victim, United States Department of Labor, Wage and Hour Division. Despite numerous requests by both the United States Probation Office and the United States Department of Labor to provide a Form 941, an employer's quarterly tax return, Vulichi has failed to comply. Therefore, we respectfully recommend that Your Honor sign this order approving the modification of Vulichi's special conditions of probation to include that he cooperate with the Internal Revenue Service as instructed.

Respectfully submitted,

By Elizabeth Villa  
U.S. Probation Officer  
Date: 2/11/09

PROB 12B - Page 2
Srinivasu Viluchi

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
March 9, 2009
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the sentence date and to timely file all future returns that come due during the period of probation. The defendant is to properly report all correct taxable income and claim only allowable expenses on those returns. The defendant is to provide all appropriate documentation in support of said returns. Upon request, the defendant is to furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and the defendant is to fully cooperate by paying all taxes, interest and penalties due, and otherwise comply with the tax laws of the United States.

Witness: _____
U.S. Probation Officer
Elizabeth Villa

Signed: _____
Probationer or Supervised Releasee
Srinivasu Viluchi

_____2-11-09_____
DATE